UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAILEY

No. C 07-02426 JCS ADR

    Plaintiff(s),

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

  v.

CITY OF ANTIOCH, et al

    Defendant(s)

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of peals for the Ninth Circuit.

Dated: May 15, 2007

    Signature

    Counsel for Plaintiff
    (Plaintiff, Defendant or indicate "pro se")