| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| KERRY M. GOUGH, 039966<br>GOUGH & COMPANY, COUNSELORS AT LAW<br>160 FRNAKLIN STREET, SUITE 209<br>OAKLAND, CA 94607-0000 | (510) 892-5600 | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>02426 | |

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102-3483

PLAINTIFF
MICHAEL GAILEY

DEFENDANT:
CITY OF ANTIOCH, et al.,

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER<br>C07-02426 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons & Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; ECF Registration Information Handout; Addition Guidelines

PARTY SERVED: OFFICER KOCH

PERSON SERVED: OFFICER S. KNIGHT - I.D. 2818 - AUTHORIZED TO ACCEPT SERVICE

DATE & TIME OF DELIVERY: May 18, 2007
11:25 am

ADDRESS, CITY, AND STATE: 300 L STREET
ANTIOCH, CA 94509-0000
(BUSINESS) - ANTIOCH POLICE DEPARTMENT

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

5. **Person serving** (name, address, and telephone number):
DARRELL SWAYNE
H L S *attorney services*
P.O. BOX 2816
ALAMEDA, CA 94501-0000
(510) 865-1800

a. **Fee** for service: $32.50

(1) Employee or independent contractor
(2) Registration No.: **925**
(3) County: **ALAMEDA**

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 24, 2007

DARRELL SWAYNE

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                              28105/BProof3