KERRY M. GOUGH, State Bar No. 039966
GOUGH & COMPANY
The London Building at Jack London Square
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 832-5800

Attorneys for Michael Gailey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAILEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF ANTIOCH, et al<br><br>    Defendants. | Case No. C-07-02426 JCS ADR<br><br>ADR Certification |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) counsel for plaintiff certifies that:

(1) Counsel has read the handbook entitled "Dispute Resolution Procedures in the Northern District on the Court's ADR Internet site www.adr.cand.uscourts.gov and Counsel has explained the ADR procedures to plaintiff Michael Gailey as well as mailed him a copy of the handbook to read.  Mr. Gailey does not have email.

(2) Counsel and plaintiff have discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:   July 17, 2007

*Kerry M. Gough*
_____
Kerry M. Gough
Attorney for Plaintiff

ADR certification, Gailey v. City of Antioch, et al.                                                                Page 1