# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-02426 JCS

**CASE NAME:** MICHAEL GAILEY v. CITY OF ANTIOCH, ET AL.

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** August 10, 2007   **TIME:** 7 mins | **COURT REPORTER:** Not Recorded |
| **COUNSEL FOR PLAINTIFF:** Kerry M. Gough | **COUNSEL FOR DEFENDANT:** James Fitzgerald |

**PROCEEDINGS:**     **RULING:**

1. Initial Case Management Conference     Held.

**ORDERED AFTER HEARING:**
Court, except as amended, adopted the dates as stated in the joint case management conference statement.
Case referred to Court's ADR program for Mediation, to occur by the end of October.
An updated joint case management conference statement shall be due by 10/19/7.

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   10/26/07 at 1:30 p.m., for a further case mgmt conference.

| | |
|---|---|
| Number of Depos: 3 each side before the next cmc | Discovery Cutoff: 01/08/08 |
| Expert Disclosure: 02/01/08   Expert Rebuttal: 02/15/08 | Expert Discovery Cutoff: 03/18/07 |
| Motions Hearing: 05/02/08 at 9:30 a.m. | Pretrial Conference: 08/15/08 at 1:30 p.m. |

**Trial Date:**   09/08/08 at 8:30 a.m.   (X)Jury   ()Court   Set for 4 days

cc:     Chambers; Karen, ADR