# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gailey,<br><br>    Plaintiff(s),<br><br>v.<br><br>City of Antioch,<br><br>    Defendant(s). | 07-02426 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**James Hodgkins**
Office of the City Attorney of the City of Oakland
1 Frank H. Ogawa Plaza, 6th FL.
Oakland, CA 94612
(510) 238-6135

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: August 13, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov