KERRY M. GOUGH, State Bar No. 039966
GOUGH & COMPANY
The London Building at Jack London Square
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 832-5800

Attorneys for Michael Gailey

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAILEY, | Case No. C-07-02426 JCS ADR |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY OF ANTIOCH, JAMES HYDE, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE of the CITY OF ANTIOCH; SERGEANT TOM FUHRMANN, OFFICER KEVIN KOLLO, OFFICER KOCH, OFFICER STANTON, INDIVIDUALLY AND IN THEIR CAPACITIES AS OFFICERS OF THE ANTIOCH POLICE DEPARTMENT, AND DOES 1 TO TEN, Inclusive | Current CMC date: 10/26/07<br><br>[proposed] New CMC date: 11/16/07 |
| Defendants. | |

The parties to this matter, by and through their respective attorneys of record, stipulate and agree as follows:

1. The parties have agreed to mediate this matter on October 29, 2007.

2. Currently, a CMC is scheduled for October 26, 2007.

3. The parties agree that an economy of time and expense will be realized by continuing the CMC to a date following the mediation.

4. Subject to the Court's approval, it is stipulated and agreed that the CMC shall be continued to Friday, November 16, 2007, at 1:30 p.m.

//

//

Stipulation and Order Continuing Case Management Conference Case No. C-07-02426 JCS ADR
Page 1

October 4, 2007

Gough & Company  
Counselors at Law

By: /s/ Kerry M. Gough  
Kerry M. Gough  
Attorney for Plaintiff

McNamara, Dodge, Ney, Beatty, Slattery Pfalzer, Borges, & Brothers, LLP

By: /s/ Noah Bleckman  
Noah Bleckman  
Attorneys for Defendants

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for October 26, 2007 at 1:30 p.m., is continued to November 16, 2007 at 1:30 p.m.

Dated:

_____  
JOSEPH C. SPERO  
UNITED STATES MAGISTRATE JUDGE