KERRY M. GOUGH, State Bar No. 039966
GOUGH & COMPANY
The London Building at Jack London Square
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 832-5800

Attorneys for Michael Gailey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAILEY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY OF ANTIOCH, JAMES HYDE, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE of the CITY OF ANTIOCH; SERGEANT TOM FUHRMANN, OFFICER KEVIN KOLLO, OFFICER KOCH, OFFICER STANTON, INDIVIDUALLY AND IN THEIR CAPACITIES AS OFFICERS OF THE ANTIOCH POLICE DEPARTMENT, AND DOES 1 TO TEN, Inclusive<br><br>　　　Defendants. | Case No. C-07-02426 JCS ADR<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Current CMC date:　　　10/26/07<br><br>[proposed] New CMC date:　11/16/07 |

The parties to this matter, by and through their respective attorneys of record, stipulate and agree as follows:

1. The parties have agreed to mediate this matter on October 29, 2007.

2. Currently, a CMC is scheduled for October 26, 2007.

3. The parties agree that an economy of time and expense will be realized by continuing the CMC to a date following the mediation.

4. Subject to the Court's approval, it is stipulated and agreed that the CMC shall be continued to Friday, November 16, 2007, at 1:30 p.m.

//

//

Stipulation and Order Continuing Case Management Conference Case No. C-07-02426 JCS ADR
Page 1

October 4, 2007

| Gough & Company<br>Counselors at Law | McNamara, Dodge, Ney, Beatty, Slattery<br>Pfalzer, Borges, & Brothers, LLP |
|---|---|
| By: /s/ Kerry M. Gough<br>Kerry M. Gough<br>Attorney for Plaintiff | By: /s/ Noah Bleckman<br>Noah Bleckman<br>Attorneys for Defendants |

**ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for October 26, 2007 at 1:30 p.m., is continued to November 16, 2007 at 1:30 p.m.

Dated:   10/09/07

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]