| | |
|---|---|
| 1 | JAMES V. FITZGERALD, III (State Bar No. 55632) |
| | NOAH G. BLECHMAN (State Bar No. 197167) |
| 2 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, |
| | PFALZER, BORGES & BROTHERS LLP |
| 3 | 1211 Newell Avenue |
| | Post Office Box 5288 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone: (925) 939-5330 |
| 5 | Facsimile:  (925) 939-0203 |

**FILED**

OCT 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendant
CITY OF ANTIOCH, JAMES HYDE, SGT. TOM
FUHRMANN, OFFICER KEVIN KOLLO, OFFICER KOCH,
and OFFICER STANTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAILEY,

   Plaintiff,

vs.

CITY OF ANTIOCH, JAMES HYDE,
INDIVIDUALLY AND IN HIS
CAPACITY AS CHIEF OF POLICE of the
CITY OF ANTIOCH; SERGEANT TOM
FUHRMANN, OFFICER KEVIN KOLLO,
OFFICER KOCH, OFFICER STANTON,
INDIVIDUALLY AND IN THEIR
CAPACITIES AS OFFICERS OF THE
ANTIOCH POLICE DEPARTMENT,
AND DOES 1 TO TEN, Inclusive ,

   Defendants.

Case No. C07-02426 JCS

[PROPOSED] ORDER EXCUSING
SEVERAL NAMED DEFENDANTS FROM
ATTENDANCE AT MEDIATION PER
ADR LOCAL RULE 6-9(d)

Mediation Date:    October 29, 2007

Trial Date:    September 8, 2008

Defendants' have written a letter requesting that Officer Koch be excused from attending mediation on October 29th, and for Officer Joannides to attend in his place as Officer Koch was not involved and did not witness Plaintiff's arrest, plus for the Court to excuse Police Chief James Hyde from attendance at mediation. Good cause having been shown by Defendants, the Court orders as follows:

1)    Officer Koch is excused from attendance at mediation on the condition that Officer Joannides attend in his place. Officer Koch does not need to be available by telephone for the

ORDER EXCUSING ATTENDANCE OF SEVERAL
DEFENDANTS AT MEDIATION PER ADR LR 6-9(d)

mediation.

2) Chief James Hyde is excused from attendance at mediation, though he needs to be available via telephone standby at the time of the mediation, if necessary.

IT IS SO ORDERED.

Dated: 10-16-07

Hon. Judge Wayne D. Brazil
United States Magistrate Judge

ORDER EXCUSING ATTENDANCE OF SEVERAL
DEFENDANTS AT MEDIATION PER ADR LR 6-9(d)

2