# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-02426 JCS**

**CASE NAME:  MICHAEL GAILEY v. CITY OF ANTIOCH, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Nov. 16, 2007       **TIME**: 13 mins | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Kerry M. Gough | **COUNSEL FOR DEFENDANT:**<br>Noah Blechman |

**PROCEEDINGS:**                                                                 **RULING:**

1. Further Case Management Conference                              Held.

**ORDERED AFTER HEARING:**

Plaintiff may file his amended complaint to add Dft Jason Joannides by 11/30/7. Dft agreed to accept service on behalf of Jason Joannides.
Case referred to Mag. Judge Maria-Elena James for a settlement conference, to occur within 120 days.  Court agreed to modify the discovery deadline dates, but not the dispositive motion hearing date.
An updated case management conference statement is due by 3/21/8.

**ORDER TO BE PREPARED BY:**       () Plaintiff       () Defendant       (X) Court

**CASE CONTINUED TO:** 03/28/08 at 1:30 p.m., for a further case mgmt conference.

**Number of Depos:**                         **Discovery Cutoff:** 1/18/8, ext to 2/29/8

**Expert Disclosure:** 2/1/8, ext to 3/28/8       **Expert Rebuttal:** 2/15/8, ext to 4/11/8

**Expert Discovery Cutoff:** 3/18/8, ext to 5/2/8

**Motions Hearing:**       at 9:30 a.m.                 **Pretrial Conference:**       at 1:30 p.m.

**Trial Date:**       at 8:30 a.m.  ( )Jury     ( )Court    Set for  days

cc:       Chambers; **Karen**, Brenda, Wings