UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GAILEY,

         Plaintiff(s),

  v.

CITY OF ANTIOCH, ET AL.,

         Defendant(s).
_____/

Case No. C-07-02426 JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

Following a further case management conference held on **November 16, 2007,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff is GRANTED leave to file his amended complaint to add Officer Jason Joannides, as a named Defendant, by **November 30, 2007.** Defendant agreed to accept service on behalf of Officer Joannides.

2. This case shall be referred to Magistrate Judge Maria-Elena James for a settlement conference, to occur within 120 days. Counsel will be contacted by Judge James' chambers with a date and time for the conference as is convenient to the judge's calendar.

3. The discovery cut-off date of January 18, 2008, has been extended to February 29, 2008.

4. The expert disclosure cut-off date of February 1, 2008, has been extended to March 28, 2008.

5. The expert rebuttal cut-off date of February 15, 2008, has been extended to April 11, 2008.

6. The expert discovery cut-off date of March 18, 2008, has been extended to May 2, 2008.

7. An updated joint case management conference statement shall be due by **March 21, 2008.**

1    8. A further case management conference is set for **March 28, 2008, at 1:30 p.m.**

2    IT IS SO ORDERED.

4    Dated: November 20, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

2