| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kerry M. Gough (SB 039966)<br>Gough & Company, Counselors at Law<br>160 Franklin Street<br>Suite 209<br>Oakland, CA 94607<br>TELEPHONE NO.: 510 832-5800   FAX NO. (Optional): 510 832 4601<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

US DC, ND California
STREET ADDRESS: 450 Golden Gate Avenue
MAIL!^'!= ^.DDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PETITIONER/PLAINTIFF: Michael Gailey

RESPONDENT/DEFENDANT: City of Antioch, et al.

| **PROOF OF SERVICE BY FIRST-CLASS MAIL-CIVIL** | CASE NUMBER:<br>C 07- 02426 JCS ADR |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a** party to **this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 160 Franklin Street, Suite 209, Oakland, CA 94607

3. On (date): 11/27/2007   I mailed from (city and state): Oakland, CA
   the following **documents** (specify): FIRST AMENDED COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS

   The documents are listed in the *Attachment to Proof of Service by First-Class Mail-Civ(Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):

   a. **X** depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b.    placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:

   a. Name of person served: Noah Blechman, Esq. Attorney for defendants
   b. Address of person served: McNamara, Dodge, Ney, et al
      1211 Newell Avenue
      Walnut Creek, CA 94596

   The name and address of each person to whom I mailed the documents is listed in the Attachment to Proof of Service by First-Class Mail-blil (Persons Served) (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the/foregoing is true and, correct.
Date: 11/27/07

Kerry M. Gough
(N^- CR PRINT NAME OF PERSON COMPLETING THIS FORM) Form Approved   (SIGNATURE OF PERSON COMPLETING THIS FORM)
for Optional Use