KERRY M. GOUGH, State Bar No. 039966
GOUGH & COMPANY
The London Building at Jack London Square
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 832-5800

Attorneys for Michael Gailey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ANTIOCH, et al<br><br>    Defendants | Case No. C-07-02426 JCS ADR<br><br>NOTICE OF MOTION AND MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>DATE:    January 11, 2008<br>TIME:    9:30 a.m.<br>COURTROOM:  A  15th Floor |

TO DEFENDANTS AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, January 11, 2008, at 9:30 a.m. in Courtroom A of the above captioned court, Plaintiff will and hereby does move this court for orders amending the scheduling order and for leave to file a second amended complaint in this action.

The proposed amendment adds causes of action for battery and false arrest under state law against defendants. A copy of the proposed causes of action is attached hereto.

The motion for an order amending the scheduling order is made pursuant to Rule 16 of the Federal Rules of Procedure on the grounds good cause exists to amend the order to allow a hearing on a motion to amend the complaint because the PreTrial Order is ambiguous regarding a deadline for filing amendments or in the alternative fails to state a deadline for filing motions to amend and because good cause exists to amend the scheduling order, as demonstrated in the memorandum of points and

Notice of Motion to Amend Scheduling Order for Leave to File 2d Amended Complaint.
Case No. C-07-02426 JCS                                                                                                       Page 1

1 authorities in support of this motion.

2  This motion for leave to amend the complaint is made pursuant to Federal Rule of Procedure 15(a)(2) on the ground that in order for Plaintiff to seek full relief from all defendants, including the City of Antioch, he must be able to assert causes of action for battery and false arrest which inadvertently were not plead in the original complaint, and that justice requires that the leave be granted to file the proposed amended complaint. This motion is based upon this notice, the attached proposed second amended complaint, the points and authorities and declaration of counsel filed herewith.

December 7, 2007

        GOUGH & COMPANY
        Counselors at Law

        */s/ Kerry M. Gough*

        _____
        Kerry M. Gough

# ATTACHMENT TO NOTICE OF MOTION

Gailey v City of Antioch, et al., C-07-02426 JCS

## FIFTH CAUSE OF ACTION

### (Battery)

For a fifth and separate cause of action against defendants, and each of them, PLAINTIFF alleges:

44. PLAINTIFF hereby incorporates by reference paragraphs 1 through 18, inclusive, and 21 through 23, inclusive as though fully set forth at length, excepting however, punitive damages are not sought against the CITY of ANTIOCH, a public entity.

45. Plaintiff did not consent to the physical contact from Defendants. Defendants had no right tackle, strike, hit and handcuff Plaintiff.

46. Defendants had no reasonable cause to suspect or believe that PLAINTIFF had committed any wrongdoing whatsoever.

47. As a result of the acts of Defendant, Plaintiff suffered severe emotional distress and serious physical injuries.

Wherefore Plaintiff prays damages as hereinafter set forth.

## SIXTH CAUSE OF ACTION
### False Imprisonment/ False Arrest

For a sixth and separate cause of action against defendants, and each of them, PLAINTIFF alleges:

48. PLAINTIFF hereby incorporates by reference paragraphs 1 through 18, inclusive, and 21 through 23, inclusive as though fully set forth at length, excepting however, punitive damages are not sought against the CITY of ANTIOCH, a public entity.

49. Defendants and each of them confined and restrained PLAINTIFF against his will by use of physical force and intimidation.

50. Defendants had no reasonable cause to suspect or believe that PLAINTIFF had committed any wrongdoing whatsoever.

1   WHEREFORE, Plaintiff respectfully requests the following relief against each and every
2   Defendant herein, jointly and severally:
3       a.   compensatory in an amount according to proof and which is fair, just and
4   reasonable;
5       b.   punitive damages under 42 USC §1983 and California law in an amount
6   according to proof and which is fair, just, and reasonable;
7       c.   all other damages, penalties, costs, interest, and attorney fees as allowed by 42
8   USC §§ 1983 and 1988, and as otherwise may be allowed by California and/or federal law;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Motion to Amend Scheduling Order for Leave to File 2d Amended Complaint.
Case No. C-07-02426 JCS                                                          Page 5