KERRY M. GOUGH, State Bar No. 039966
GOUGH & COMPANY
The London Building at Jack London Square
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 832-5800

Attorneys for Michael Gailey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAILEY,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF ANTIOCH, et al<br><br>　　　Defendants | Case No. C-07-02426 JCS ADR<br><br>[Proposed] ORDER AMENDING SCHEDULING ORDER AND GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>DATE:　　　　January 11, 2008<br>TIME:　　　　9:30 a.m.<br>COURTROOM:　A, 15th Floor |

　　　　Plaintiff's Motion for an Order Amending the Case Management and Pretrial Order of August 14, 2007 having come on regularly for hearing at the above time and place, the Court having read and considered the documents and heard the argument of counsel, and

GOOD CAUSE APPEARING,

　　　　IT IS HEREBY ORDERED THAT the Case Management and Pretrial Order of August 14, 2007 is amended so as to permit the hearing of Plaintiff's Motion for Leave to File Second Amended Complaint, and

　　　　IT IS FURTHER ORDERED THAT Plaintiff is granted leave to file his Second Amended Complaint.

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE