| | |
|---|---|
| 1 | PROOF OF SERVICE BY PERSONAL DELIVERY– RULE 5(b)(2) |

CASE:     GAILEY VS. CITY OF ANTIOCH, ET AL
COURT:    United States District Court, No. Dist. Cal
NUMBER:   NO. C-07 02426

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is 160 Franklin Street, Suite 209, Oakland, California 94607.

On December 7, 2007, I served the within document(s) described as Plaintiff's Notice of Motion & Motion to Amend Scheduling Order & For Leave to File Second Amended Complaint; Plaintiff's Points & Authorities in Support of Motion to Amend Scheduling Order & For Leave to File Second Amended Complaint; Proposed Order Granting Motion; Declaration is Support of Motion on the interested parties in the aforementioned action, by personally delivering copies thereof to NOAH BLECHMAN, Attorney for Defendants, by leaving a copy thereof with Amy Harkman, a person in charge of the office, at 1931 San Miguel Drive, Walnut Creek, CA at 11:05 a.m.

Executed on December 7, 2007 at Oakland, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Kerry M. Gough*

KERRY M. GOUGH