JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH, JAMES HYDE, SGT. TOM FUHRMANN, OFFICER KEVIN KOLLO, OFFICER KOCH, OFFICER STANTON and OFFICER JOANNIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAILEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF ANTIOCH, JAMES HYDE, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE of the CITY OF ANTIOCH; SERGEANT TOM FUHRMANN, OFFICER KEVIN KOLLO, OFFICER KOCH, OFFICER STANTON, INDIVIDUALLY AND IN THEIR CAPACITIES AS OFFICERS OF THE ANTIOCH POLICE DEPARTMENT, AND DOES 1 TO TEN, Inclusive,<br><br>　　　　Defendants. | Case No. C07-02426 JCS<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:　January 11, 2008<br>Time:　9:30 a.m.<br>Dept:　15th Floor, Courtroom A<br>Judge: Hon. Joseph C. Spero<br><br>Trial Date:　September 8, 2008 |

The Motion of Plaintiff MICHAEL GAILEY to Amend Scheduling Orders and for Leave to File a Second Amended Complaint came on regularly for hearing on January 11, 2008, before this Court in Courtroom A (15th Fl.), Hon. Joseph C. Spero presiding.

After full consideration of the moving papers, the opposition and opposing arguments, the reply brief and any argument and other evidence in support and in opposition of the motion, the Court finds that Plaintiff's Motion is hereby DENIED. Plaintiff has not demonstrated good cause to amend the scheduling orders and such a request is untimely, Plaintiff has unduly delayed in

bringing this motion, such amendment would be futile as Plaintiff did not include battery and/or false arrest/imprisonment in his claim filed with the City of Antioch per the California Tort Claims Act and such requested filing is too unduly prejudicial to Defendants, especially at this late stage in the litigation.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff's motion is hereby DENIED in total.

Dated: _____      _____
                            Honorable Joseph C. Spero

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND      2
AMENDED COMPLAINT – C07-02426 JCS