KERRY M. GOUGH, State Bar No. 039966
GOUGH & COMPANY
The London Building at Jack London Square
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 832-5800

Attorneys for Michael Gailey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAILEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF ANTIOCH, et al<br><br>　　　　Defendants | Case No. C-07-02426 JCS ADR<br><br>SUPPLEMENTAL DECLARATION OF KERRY M. GOUGH IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>DATE:　　　　January 11, 2008<br>TIME:　　　　9:30 a.m.<br>COURTROOM:　A, 15th Floor |

Kerry M. Gough declares and states:

1.　　I am the attorney for Plaintiff in this action. If called to testify, I can testify competently from my personal knowledge as to the truth of the matters stated herein.

2.　　Attached hereto is a true and correct copy of the First Amended Tort Claim and Attachment thereto that was timely filed with the City of Antioch on December 11, 2006.

1  I declare under penalty of perjury that the foregoing statements are true and correct, this 27th day of
2  December, 2007, at Oakland, California.

3

4

5  *Kerry M. Gough* (signature)

6

7  _____
8  Kerry M. Gough

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Supplemental Declaration in Support of Motion to Amend Scheduling Order and for Leave to File 2d
Amended Complaint.  Case No. C-07-02426 JCS                                              Page 2