**FIRST AMENDED**
**CLAIM PRESENTED TO THE CITY OF ANTIOCH**

Reserve for Filing Stamp

1. Claimant's Name: **MICHAEL GAILEY**

   Claimant's Address: 811 ROXBURY COURT

   City, State, Zip: ANTIOCH, CA. 94509

   Day Phone: c/o Attorney 510 832 5800   Eve Phone:

   **City Claim No.**

2. When did the damage or Injury occur?
   Month: August   Day: 13   Year: 2006   Time: Approx 1:30 a.m.

3. At which location did the damage or injury occur?

   **P.D. Report # 06-8122**

   Legend's Cocktail Lounge, 3702 Lone Tree Way, Antioch, CA

4. a. What happened and why is the City Responsible.

   See attachment, incorporated herein by reference.

   b. Name end position of responsible city employees, if known:
   James Hyde, Chief of Police; Sgt. Furman of the Antioch P.D., and other members of the Antioch Police Department, whose identities are not yet known.

5. What damage or injury occurred? Severe cuts to eye, requiring 11 stitches, inside and out; bruises to arm; scratches and abrasions to face

   his face. False imprisonment and false arrest. Severe emotional trauma & distress.

6. Claim amount (only if less than $10,000.)

   It the amount exceeds $10,000, please check (X) the court of appropriate jurisdiction.
   
   Municipal Court (claims up to $25,000) **X** Superior Court (claims over $25,000)

7. How did you arrive at the amount claimed? Please attach documentation. Severity of injuries, and intentional violation of state and federal civil rights

8. I declare under penalty of perjury under the laws of the State of California that the following Information true and correct, and that this declaration was executed on December 7, 2006 at Oakland, CA.

Signature of Claimant or Representative's Signature

Official Notices and Correspondence
!f represented by an insurance company or an attorney, please provide the information requested below.
Name and Capacity: (PLEASE PRINT) Kerry M. Gough, Gough & Company, Counselors at Law

Address: 160 Franklin Street, Suite 209

City, State. Zip: Oakland, CA 94607