1  KERRY M. GOUGH, State Bar No. 039966
   GOUGH & COMPANY
2  The London Building at Jack London Square
   160 Franklin Street, Suite 209
3  Oakland, CA 94607
   Telephone: (510) 832-5800

4  Attorneys for Michael Gailey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAILEY, | Case No. C-07-02426 JCS ADR |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| CITY OF ANTIOCH, JAMES HYDE, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE of the CITY OF ANTIOCH; SERGEANT TOM FUHRMANN, OFFICER KEVIN KOLLO, OFFICER KOCH, OFFICER STANTON, INDIVIDUALLY AND IN THEIR CAPACITIES AS OFFICERS OF THE ANTIOCH POLICE DEPARTMENT, AND DOES 1 TO TEN, Inclusive | |
| Defendants. | |

TO THE HONORABLE JOSEPH C. SPERO, UNITED STATES MAGISTRATE JUDGE:

PLEASE TAKE NOTICE that the above matter has been settled.

It is estimated that the settlement documents will be executed and a dismissal with prejudice will be filed in not more than 60 days.

Respectfully submitted,


Gough & Company



By: _____
     Kerry M. Gough
     Attorney for Plaintiff

Page 1